AO 450 (SCD 04/2010)  Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
for the

District of South Carolina

| | |
|---|---|
| Marco Owens,<br>*Plaintiff*<br>v.<br><br>South Carolina Department of Corrections; Warden Washington; Head Quarters Classification; Officer Cokly; Director Bryan Sterling; Major Ocean,<br><br>*Defendants*. | Civil Action No.    1:20-cv-00476-BHH |

**JUDGMENT IN A CIVIL ACTION**

The court has ordered that *(check one)*:

☐ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($__), which includes prejudgment interest at the rate of ___ %, plus postjudgment interest at the rate of ___ %, along with costs.

■ The plaintiff, Marco Owens, shall take nothing of the defendants, South Carolina Department of Corrections; Warden Washington; Head Quarters Classification; Officer Cokly; Director Bryan Sterling; Major Ocean, and this action is dismissed without prejudice.

This action was *(check one)*:

☐ tried by a jury, the Honorable _____ presiding, and the jury has rendered a verdict.

☐ tried by the Honorable _____ presiding, without a jury and the above decision was reached.

■ decided by the Honorable Bruce Howe Hendricks, United States District Judge, presiding, adopting the Report and Recommendation of the Honorable Shiva V. Hodges, United States Magistrate Judge, which recommended dismissing the action.

Date:   June 19, 2020                                                                       *ROBIN L. BLUME, CLERK OF COURT*

                                                                                                                    s/L. Baker

                                                                                                    *Signature of Clerk or Deputy Clerk*